■  Joseph Santaniello, as Administrator of the Estate of Theresa Santaniello, Deceased, Appellant, v. William De Francisco et al., Respondents.— Order of the Supreme Court, Nassau County, entered August 9, 1973, affirmed insofar as appealed from, without costs (cf. *Barchet* v. *New York City Tr. Auth.,* 20 N Y 2d 1). Gulotta, P. J., Martuscello, Shapiro, Christ and Benjamin, JJ., concur.